IN THE CIRCUIT COURT FOR THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NUMBER:

JEAN ADAMS,

    Plaintiff,

v.

CIRCLE K STORES INC.,

    Defendant.
_____/

## COMPLAINT

Plaintiff, JEAN ADAMS, by and through undersigned counsel, sues Defendant, CIRCLE K STORES INC., a Foreign Profit Corporation, and states:

### GENERAL ALLEGATIONS AS TO ALL COUNTS

1. This is an action for damages that exceeds Thirty Thousand ($30,000.00) Dollars, exclusive of interest and court costs.

2. At all times material hereto and at the time of the incident complained of, Plaintiff, JEAN ADAMS, was a resident of ORANGE COUNTY, Florida and *sui juris*.

3. At all times material hereto and at the time of the incident complained of, Defendant, CIRCLE K STORES INC., was a Foreign Profit Corporation that was licensed to do business in the State of Florida.

4. At all times material hereto, and at the time of the incident complained of, Defendant, CIRCLE K STORES INC., owned, operated, maintained and controlled a Circle K convenience store, located at 2202 West McCormick Road, Apopka, FL 32703, ORANGE COUNTY, Florida ("Premises").

5. At all times material hereto, and at the time of the incident complained of, Defendant,

!                                                                                                  "

CIRCLE K STORES INC., cleaned and maintained the Premises located at 2202 West McCormick Road, Apopka, FL 32703, ORANGE COUNTY, Florida.

6. On October 31, 2018, in the afternoon at or around 1:00 pm, Plaintiff, JEAN ADAMS, was a business invitee who was lawfully on Defendant's Premises, when Plaintiff slipped and fell on a liquid substance on the floor. As a result of the incident in question, Plaintiff was seriously and severely injured as more fully set forth herein.

### COUNT 1- NEGLIGENCE OF DEFENDANT, CIRCLE K STORES INC.

Plaintiff, JEAN ADAMS, realleges and incorporates by reference paragraphs 1 through 6, and further states:

7. On the aforementioned time, date, and place, Defendant, CIRCLE K STORES INC., by and through its agents and employees, owed a duty to Plaintiff, JEAN ADAMS, to maintain and keep the Premises in a reasonably safe condition.

8. On the aforementioned time, date, and place, Defendant, CIRCLE K STORES INC., acted negligently and carelessly, and breached its duty of care, in one or more of the following ways:

   a. by improperly and carelessly causing the liquid substance to get on the floor, thereby creating a dangerous and hazardous condition;

   b. by failing to detect or remove the liquid substance on the floor, although it knew, or in the exercise of reasonable care should have known of the existence of said liquid on the floor, and it further represented to its patrons that its premises were safe and suitable when, in fact, it was not because of the hazardous condition as aforesaid;

   c. by failing to provide adequate warnings in writing and/or other reasonable notice of the unsafe, dangerous and hazardous conditions to customers, including but not limited to, the Plaintiff, although Defendant knew, or in the exercise of reasonable care, should have known, about the existence of said condition, and it further represented to its patrons that its premises was safe and suitable when, in fact, it was not because of the hazardous condition;

   d. by failing to properly maintain and inspect its floors and premises;

    e. by failing to install, maintain, and provide safe flooring surfaces on its premises;

    f. by failing to have adequate staff on duty and/or assigned to the task of inspecting/maintaining the Premises for dangerous conditions;

    g. by failing to train and/or inadequately training its employees to inspect the Premises for dangerous conditions;

    h. by failing to follow its own corporate policy(ies) regarding the dangerous condition;

    i. by failing to act reasonably under the circumstances;

    j. by failing to engage in a routine or regular business practice that was the reasonable custom of the community;

    k. by failing to render aid to the Plaintiff after her fall and/or negligently rendering aid to the Plaintiff after her fall.

9. As a result, liquid substances got onto the floor of Defendant, CIRCLE K STORES INC., Circle K convenience store, on a continuous and ongoing basis on the Premises, thereby placing Defendant, CIRCLE K STORES INC., on constructive notice of a dangerous and hazardous condition.

10. As a direct and proximate cause of the Defendant, CIRCLE K STORES INC.'s negligence and carelessness, Plaintiff, JEAN ADAMS, suffered serious and permanent bodily injuries and damages, resulting pain therefrom, pain and suffering, exacerbation of a pre-existing injury, mental anguish, past and future medical expenses, lost wages, diminished capacity for future earnings, loss of capacity for the enjoyment of life, and disfigurement. These injuries are either permanent or continuing in nature and the Plaintiff will suffer these losses in the future.

!                                          $

WHEREFORE, Plaintiff, JEAN ADAMS, sues the Defendant, CIRCLE K STORES INC., for damages and demands judgment in excess of Thirty Thousand ($30,000.00) Dollars, plus interest and costs, and demands trial by jury of all issues so triable.

RESPECTFULLY submitted on this 22nd day of March, 2021.

/s/ Michael T Tricoli
Michael T. Tricoli, Esq.
Fla. Bar # 112767
Tricoli Law, PLLC
2170 West State Road 434, Suite 152
Longwood, FL 32779
Phone: 321-972-4219
Fax: 321-972-4252
Primary: michael@tricolilaw.com
Secondary: frontdesk@tricolilaw.com
Attorney for PLAINTIFF