IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEAN ADAMS,

    Plaintiff,

vs.                                 CASE NO.: 6:21-cv-00847-CEM-GJK

CIRCLE K STORES, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

COME NOW, the Parties, Plaintiff, JEAN ADAMS, and Defendant, CIRCLE K STORES, INC., by and through their undersigned counsel and pursuant to Local Rule 3.09, hereby notify the Court that the case has been amicably settled between the Parties. The Parties respectfully request the Court retain jurisdiction of this matter pending execution of the settlement documents and receipt of the settlement proceeds.

Respectfully submitted this 13th day of May 2022.

| | |
|---|---|
| By: /s/ Michael T Tricoli, Esq. | By: /s/ Robert M. Stoler, Esq. |
| Florida Bar No. 112767 | Florida Bar No. 816256 |
| Tricoli Law, PLLC | Stoler Russell Keener Verona, PA |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail to the following known counsel of record: Robert M. Stoler, Esq., stolerservice@stolerrussell.com, 201 N. Franklin Street, Suite 3100, Tampa, Florida 33601, this 13th day of May 2022.

/s/ Michael T Tricoli
Michael T. Tricoli, Esq.
Fla. Bar # 112767
Tricoli Law, PLLC
2170 West State Road 434, Suite 152
Longwood, FL 32779
Phone: 321-972-4219
Fax: 321-972-4252
Primary: michael@tricolilaw.com
Secondary: frontdesk@tricolilaw.com
Attorney for PLAINTIFF