UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEAN ADAMS,

                Plaintiff,

v.                                     Case No. 6:21-cv-847-GJK

CIRCLE K STORES, INC.,

                Defendant.

_____

ORDER[1]

On May 13, 2022, Plaintiff filed a Notice of Settlement. Doc. No. 29. Accordingly, pursuant to Local Rule 3.09(b), it is **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within thirty-five days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown. After that thirty five-day period, however, dismissal shall be with prejudice. Any pending motions are denied as moot and the Clerk is directed to close the file.

       **DONE** and **ORDERED** in Orlando, Florida, on May 16, 2022.

---

[1] Magistrate Judge David A. Baker substituting for Magistrate Judge Gregory J. Kelly.

_David A. Baker_

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record